```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


K.C. ex rel. HER PARENTS       :    CIVIL ACTION
                               :    NO. 10-4323
     Plaintiffs,               :
                               :
                               :
     v.                        :
                               :
NAZARETH AREA SCHOOL           :
DISTRICT,                      :
                               :
     Defendant.                :
```

## O R D E R

**AND NOW**, this **26th** day of **August, 2011,** it is hereby **ORDERED** that Plaintiffs' Motion for Judgment on the Administrative Record, or in the alternative, Summary Judgment (doc. no. 21) is **DENIED**.  It is **FURTHER ORDERED** that Defendant's Cross-Motion for Judgement on the Administrative Record, or in the alternative, Summary Judgment (doc. no. 24) is **GRANTED.**


**AND IT IS SO ORDERED.**


                              S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**